FILED
FEB 26 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8175

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. Julian MIRANDA, Defendant. | Magistrate Case No.: COMPLAINT FOR VIOLATION OF 21 U.S.C. § 952 and 960 Importation of a Controlled Substance (Felony) |

The undersigned complainant being duly sworn states:

That on or about February 25, 2008, within the Southern District of California, defendant Julian MIRANDA, did knowingly and intentionally import approximately 31.56 kilograms (69.43 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Section 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Renato Gates Special Agent
U. S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 26th DAY OF February 2008.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Julian MIRANDA

## STATEMENT OF FACTS

This complaint is based on the reports, documents, and notes furnished to U.S. Immigration and Customs Enforcement (ICE) Special Agent Renato Gates.

On February 25, 2008, at approximately 0220 hours, Julian MIRANDA, registered owner and sole occupant driver of a 2005 Chevy Impala bearing California license plate 6APK690 entered the United States from the Republic of Mexico via the Calexico, CA West Port of Entry.

Customs & Border Protection Officer (CBPO) M. Huerta made contact with MIRANDA as he applied for entry into the United States. MIRANDA had nothing to declare and said he was going home to Brawley. MIRANDA told CBPO Huerta he was the owner of the vehicle. The defendant and vehicle were referred to the Vehicle Secondary Lot for further inspection.

CBPO J. Carp approached the Chevy Impala and received a negative oral Customs declaration from the driver MIRANDA. CBPO Carp asked MIRANDA about the vehicle he was driving and MIRANDA said has owned the vehicle for 6 months. MIRANDA said he was in Mexicali, Mexico visiting his father and was in possession of his vehicle during his visit in Mexico. MIRANDA said he was going back home to Brawley.

CBPO C. Jones utilized his Human and Narcotic Detector Dog (HNDD) to screen the Chevy Impala. CBPO Jones' HNDD alerted to the vehicle and responded by sitting. CBPO Jones informed CBPO Carp of the alert.

CBPO Carp conducted a pat down search of MIRANDA. MIRANDA informed CBPO Carp he concealed narcotics within his shoes. CBPO Carp discovered 2.6 grams of marijuana and 0.40 grams of methamphetamine in MIRANDA's shoes. CBPO Carp conducted a search of the vehicle which revealed 22 packages concealed within a specially built compartment located in the dashboard. The approximate weight of the packages was 31.56 kilograms (69.43 pounds). CBPO Carp probed one of the packages, producing a green leafy substance, which field-tested positive for marijuana.